DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARSLAN ASLAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4339

[December 20, 2017]

**ON MOTION FOR REHEARING**

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 163349 CF10A.

Carey Haughwout, Public Defender, and J. Woodson Isom, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. State of Florida v. Born-Suniaga,* 219 So. 3d 74 (Fla. 4th DCA), *review granted,* SC17-1014, 2017 WL 4617741 (Fla. Oct. 16, 2017).

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***